151 So.2d 690

**Joseph FAULK**

v.

**TRINITY UNIVERSAL INSURANCE COMPANY.**

**No. 46684.**

April 17, 1963.

In re: Richard E. Brown, Jr., Administrator of the Division of Employment Security, Department of Labor, State of Louisiana, applying for writs of certiorari, prohibition and mandamus.

Writs refused. We find no error in the ruling complained of.

SANDERS, J., is of the opinion that a writ should be granted, being of the opinion that State v. Mills, 229 La. 758, 86 So. 2d 895, is not controlling here. See Folden v. Robinson, 58 Wash.2d 760, 364 P.2d 924.

151 So.2d 690

**Jessie FORTENBERRY**

v.

**Edward C. SCOGIN, H. W. Givens, Inc., O'Neil Peters and The Aetna Casualty & Surety Company.**

**No. 46683.**

April 17, 1963.

In re: Jessie Fortenberry applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of St. Tammany. 149 So.2d 732.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.